**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

MARIO DUARDO SOLER,

Petitioner,

v. Civil Action No. 2:26cv654

JEFFREY CRAWFORD,
Farmville Detention Center, et al.,

Respondents.

**FINAL ORDER**

This matter is before the Court on the *pro se* 28 U.S.C. § 2241 petition of Mario Duardo Soler ("Soler"), a detainee of United States Immigration and Customs Enforcement, seeking release from immigration detention. Dkt. No. 1. The matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Rule 72 of the Local Civil Rules. Dkt. No. 8.

The Magistrate Judge's Report and Recommendation filed July 31, 2026, recommends that the petition be granted and Soler be released under reasonable conditions of supervision. Dkt. No. 9. The parties were advised of the right to file written objections to the findings and recommendations made by the Magistrate Judge, *id.* at 5–6, and no objections have been filed.

The Court, having reviewed the record, does hereby accept the findings and recommendations set forth in the Report and Recommendation, and it is therefore **ORDERED** that the petition for a writ of habeas corpus, Dkt. No. 1, is **GRANTED** and Soler be released under reasonable conditions of supervision.

The Clerk is DIRECTED to send a copy of this Order to Petitioner at his address of record and all counsel of record.

It is SO ORDERED.

/s/
Elizabeth W. Hanes
United States District Judge

Norfolk, Virginia
Date: September 1, 2026